UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARK PHIPPS, | Case No. EDCV 13-215-ABC(AJW) |
|     Petitioner, | |
|   v. | MEMORANDUM AND ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| RALPH DIAZ, Warden, | AND WITH LEAVE TO AMEND |
|     Respondent. | |

This petition for a writ of habeas corpus was filed on January 14, 2013 in the United States District Court for the Southern District of California. It was transferred to this Court on February 1, 2013. For the following reasons, the petition is dismissed without prejudice and with leave to amend.

To begin with, the Court cannot discern the cause of petitioner's detention. That is, the petition does not clearly identify the specific conviction petitioner intends to challenge. In addition, the petition fails to indicate whether petitioner has exhausted any of his claims for relief by presenting them to the California Supreme Court.

**Based upon the foregoing deficiencies, the petition is dismissed without prejudice and with leave to amend. Petitioner shall, within**

**twenty-eight (28) days of the date of this order file and serve an amended petition curing the deficiencies noted above. The amended petition shall be filed <u>on the forms provided by the Clerk</u> and shall bear the case number EDCV 13-215-ABC(AJW). Further, the amended petition shall include information regarding the conviction petitioner intends to challenge, the specific legal and factual basis for his claims for relief, and details regarding his direct appeals and any collateral petitions filed in state court. Petitioner is cautioned that failure to file an amended petition within the time provided may result in dismissal of this petition without prejudice.**

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
Andrew J. Wistrich
United States Magistrate Judge