# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PHIPPS,<br><br>        Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>        Respondent. | CASE NO. 5:13-CV-00215-BRO (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 31, 2016

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE